JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DEL RIO, an individual, | Case No. 2:25-cv-02251-AB-PVC |
| Plaintiff, | [PROPOSED] JUDGMENT |
| vs. | |
| IDEA AND DESIGN WORKS, LLC, doing business as IDW PUBLISHING, a California limited liability company; and Does 1-10, inclusive, | |
| Defendants. | |

# JUDGMENT

Plaintiff Brian Del Rio ("Plaintiff") brought this action for copyright infringement against defendant Idea and Design Works, LLC ("Defendant"), and Defendant moved to dismiss this action. The Court granted Defendant's motion to dismiss in an Order dated November 10, 2025, and dismissed this action with prejudice. Accordingly, it is **HEREBY ORDERED AND ADJUDGED** that:

1. This action is **DISMISSED WITH PREJUDICE** in its entirety and judgment is entered in favor of Defendant on all claims in this action.
2. Plaintiff takes nothing in his action.
3. Pursuant to Federal Rule of Civil Procedure 54, Defendant is the prevailing party, and as the prevailing party, Defendant shall recover its costs against Plaintiff in an amount to be determined upon request of counsel.
4. Pursuant to Federal Rule of Civil Procedure 54 and 17 U.S.C. § 505, any motion for attorneys' fees is due within 14 days of this Court's entry of judgment.

The Clerk is directed to enter Final Judgment in favor of Defendant Idea and Design Works, LLC, and to enter Final Judgment against Plaintiff Brian Del Rio, and to close the above-captioned case.

**IT IS SO ORDERED**.

Dated: November 24, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE